IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JOE DEE STANG,**                                    3:15-cv-01667-JE

        Petitioner,                         ORDER

v.

**MARION FEATHER,**

        Respondent.

**BROWN, Judge.**

    Magistrate Judge John Jelderks issued Findings and Recommendation (#7) on February 18, 2016, in which he recommends this Court dismiss Petitioner's Petition (#1) for Writ of Habeas Corpus as moot, enter a judgment dismissing this action without prejudice, and decline to issue a Certificate of Appealability. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its

1 - ORDER

obligation to review the record *de novo*.  See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#7).  Accordingly, the Court **DISMISSES** Petitioner's Petition (#1) for Writ of Habeas Corpus **as moot**.  In addition, the Court **DECLINES** to issue a Certificate of Appealability because Petitioner has not made a "substantial showing of the denial of a constitutional right."  See 28 U.S.C. § 2253(c)(3).

IT IS SO ORDERED.

DATED this 22nd day of March, 2016.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge